FILED
__ M. _____ 5 / 1 20 19
U.S. DISTRICT COURT
By_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 1:19-CR-65 |
| v. | § | Heartfield |
| | § | |
| TAVORIS BOTTLEY | § | |

# INDICTMENT

THE GRAND JURY CHARGES:

## Count One
(Violation: 18 U.S.C. § 242, Deprivation of Rights Under Color of Law)

**A.   AT ALL TIMES MATERIAL HEREIN:**

1. The United States, Federal Correctional Complex (FCC), in Beaumont, Texas, is a federal correctional facility within the Eastern District of Texas.

2. The defendant, **Tavoris Bottley**, was employed by the Federal Bureau of Prisons and served as a Senior Correctional Officer at FCC Beaumont.

3. On June 8, 2017, defendant **Tavoris Bottley** was on duty as a Senior Correctional Officer at FCC Beaumont.

4. On June 8, 2017, A.A., a person known to the grand jury, was a federal inmate imprisoned at FCC Beaumont.

**B.   THE OFFENSE:**

5. On or about June 8, 2017, in the Eastern District of Texas, the defendant, **Tavoris Bottley**, while acting under color of law, willfully deprived A.A. of the right,

secured and protected by the Constitution and the laws of the United States, to be free from cruel and unusual punishment by one acting under color of law, to wit: defendant **Tavoris Bottley** assaulted A.A. without any lawful justification by punching A.A. in the head three times. The offense resulted in bodily injury to A.A.

All in violation of Title 18, United States Code, Section 242.

## Count Two
(Violation: 18 U.S.C. § 1519, Falsification of Records)

5. Paragraphs 1 through 4 of Count One are realleged and incorporated by reference herein.

6. On or about June 8, 2017, in the Eastern District of Texas, the defendant, **Tavoris Bottley**, acting in relation to and in contemplation of a matter within the jurisdiction of the United States Department of Justice, Office of the Inspector General, an agency of the United States, knowingly falsified a document with the intent to impede, obstruct, and influence the investigation and proper administration of the matter within federal jurisdiction. Specifically, defendant **Tavoris Bottley** falsified a Federal Bureau of Prisons Incident Report, dated June 8, 2017, for a use of force incident involving A.A., by omitting the material information that defendant **Tavoris Bottley** punched A.A. in the head three times and falsely citing A.A. for an attempted assault.

All in violation of Title 18, United States Code, Section 1519.

A TRUE BILL

_AF_
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_[signature]_                             5/1/2019
MICHAEL A. ANDERSON                       Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | No. 1:19-CR-_65_ |
| v. | | |
| TAVORIS BOTTLEY | | |

## NOTICE OF PENALTY

### Count One

Violation:      18 U.S.C. §§ 242

Penalty:         Imprisonment of not more than ten (10) years, a fine not to exceed $250,000, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment: $ 100.00

### Count Two

Violation:      18 U.S.C. § 1519

Penalty:         Imprisonment of not more than twenty (20) years, a fine not to exceed $250,000, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment: $ 100.00